IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| WASEEM DAKER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; BRIAN CHRISTOPHER JOHNSON; and BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES,<br><br>Defendants. | CIVIL ACTION NO.: 6:15-cv-49 |

## ORDER

Plaintiff filed a Complaint pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 1346 and 2670, *et seq.*, and <u>Bivens v. Six Unknown Federal Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971). (Doc. 1.) In his Report and Recommendation, the Magistrate Judge concluded that Plaintiff should be barred from proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915(g), or the "three strikes" provision of the Prison Litigation Reform Act. (Doc. 10.) Plaintiff filed Objections to this Report and Recommendation, as well as a Motion for Reconsideration. (Docs. 12, 13.) Through these pleadings, Plaintiff informed the Court that he had an appeal pending with the Eleventh Circuit Court of Appeals in a case which arose in another district. (Doc. 13, pp. 2–3.) Consequently, the Court stayed the proceedings in this case until the Eleventh Circuit resolved Plaintiff's appeal. The Eleventh Circuit has resolved Plaintiff's appeal. <u>Daker v. Commissioner, Georgia Department of Corrections</u>, 820 F.3d 1278 (11th Cir. 2016).

Accordingly, the Court hereby **LIFTS** the stay of proceedings in this case.

**SO ORDERED**, this 26th day of May, 2017.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA