IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

WASEEM DAKER,                        )
                                     )
            Petitioner - Appellant,  )
                                     )
vs.                                  )      Case No. CV6:15-49
                                     )
                                     )      USCA No. 18-11988-D
                                     )
UNTIED STATES OF AMERICA ET AL       )

            Respondent - Appellee.


                    O R D E R

     The appeal in the above-styled action having been dismissed,
for want of prosecution by the United States Court of Appeals for
the Eleventh Circuit;

     **IT IS HEREBY ORDERED** that the Mandate of the United States
Court of Appeals for the Eleventh Circuit is made the Judgment of
this Court.

**SO ORDERED,** this *21st* day of *November*, 2018.


                              _____
                              J. RANDAL HALL, CHIEF JUDGE
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF GEORGIA